## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

KAREN K. CUNNINGHAM,         )
                                    )
            Plaintiff,         )
vs.                               )        NO.  CIV-07-202-HE
                                    )
MICHAEL J. ASTRUE, Commissioner   )
of Social Security Administration,     )
                                    )
           Defendant.     )

## ORDER

Plaintiff Karen K. Cunningham instituted this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for disability insurance benefits.  Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Doyle W. Argo, who recommends that the Commissioner's decision be reversed and the matter remanded for further proceedings.  The magistrate judge found that the administrative law judge failed to properly consider the weight to be given the opinion of the plaintiff's treating physician concerning the plaintiff's remaining work abilities.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed.  United States v. One Parcel of Real Property, 1059-60 (10th Cir. 1996).  *See* 28 U.S.C. § 636(b)(1)(C); LCvR72.1(a).  Accordingly, the court adopts Magistrate Judge Argo's Report and Recommendation, **REVERSES** the final decision of the Commissioner and **REMANDS** the

case for further proceedings consistent with the Report and Recommendation, a copy of which is attached to this order.

**IT IS SO ORDERED**.

Dated this 29th day of April, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE